UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BRICKLAYERS AND
ALLIED CRAFTWORKERS HEALTH
CARE FUND, *et al.,*

    Plaintiffs,                       Case No. 10-10196

v.

                                           Hon. John Corbett O'Meara

GLENN'S TILE, INC., *et al.,*

    Defendants.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

On February 10, 2010, the court dismissed Plaintiffs' state law claims under the Michigan Builders Trust Fund Act. The court declined to exercise supplemental jurisdiction to avoid jury confusion. Plaintiffs filed a timely motion for reconsideration on February 19, 2010, noting that they have not made a jury demand. Finding that supplemental jurisdiction over Plaintiffs' state law claims is otherwise appropriate, the court will grant Plaintiffs' motion.

IT IS HEREBY ORDERED that Plaintiffs' motion for reconsideration is GRANTED and the court's February 10, 2010 order of partial dismissal is VACATED.

                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: February 26, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 26, 2010, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager